AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises



# UNITED STATES DISTRICT COURT
for the
Eastern District of California

AUG - 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| YASH RAJ FILMS (USA) INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 09-CV-00233 (AWI) (GSA) |
| DALJIT SINGH SIDHU ET AL. | ) |
|  | ) (If the action is pending in another district, state where: |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES

To: James Wells, Special Agent - Immigration and Customs Enforcement
800 Truxtun Avenue, Bakersfield, California 93301

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Annexed Schedule "A"

| Place: Poppe & Bhouraskar, LLP<br>350 Fifth Avenue, Suite 7315<br>New York, New York 10118 | Date and Time:<br>08/21/2009 10:00 am |
|---|---|

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.
See Annexed Schedule "A"

| Place: James Wells, Special Agent<br>Immigration and Customs Enforcement<br>800 Truxtun Avenue, Bakersfield, California 93301 | Date and Time:<br>08/24/2009 10:00 am |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

So Ordered:

Date: August 6, 2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Hon. Anthony W. Ishi, U.S.D.J.

OR

*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ Plaintiff, Yash Raj Films (USA) Inc. _____ , who issues or requests this subpoena, are:

William M. Poppe, Esq.
Poppe & Bhouraskar, LLP
350 5th Ave, Ste. 7315, NY, NY 10118, Email: wpoppe@pblegal.com, Tel: 212-695-1515

SCHEDULE "A"

Any and all documents (as that term is defined in the Federal Rules of Civil Procedure), records, notes or any other writings (all of which may be redacted to preserve the confidentiality of government agents and/or informants), including but not limited to investigation and arrest reports, files and records, admissions, videotapes, business documents, invoices, and any and all information in your Department's files, obtained, maintained or in the possession or control of the Department of Homeland Security, Immigration and Customs Enforcement, which reflect any information regarding the following:

1. The investigation, arrest and indictment of Mr. Daljit Singh Sidhu.
2. All property seized from 250 White Lane, Bakersfield, California and the businesses known as India Currency Exchange and Discount Mart on or about March 23, 2006, including but not limited to, digital versatile discs ("DVDs") compact music discs ("CDs") and VHS Video Cassettes ("VHS"), computers, DVD, CD and VHS duplication equipment, artwork, invoices and sales receipts.
3. Indictment Number: 07-CR-0178 [USA v. Sidhu] filed on or about July 12, 2007 in the United States District Court for the Eastern District of California.

Plaintiff requests that all DVDs, CD, VHS Cassettes, computers, duplication equipment, artwork and other property related to the above request other than documents be preserved and maintained by you and made available for inspection at 800 Truxton Avenue, Bakersfield, California or such other location where you have same stored.

Request that copies of all documents be provided to Plaintiff at the offices of Poppe & Bhouraskar, LLP, 350 Fifth Avenue, Suite 7315, New York, NY 10118 at Plaintiff's expense.