# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASH RAJ FILMS (USA) INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DALJIT SINGH SIDHU, Individually ) <br> and d/b/a INDIA CURRENCY ) <br> EXCHANGE and d/b/a DISCOUNT ) <br> MART, and JOHN DOES 1-24, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:09-CV-00233-AWI-GSA <br> <br> ORDER VACATING <br> FEBRUARY 8, 2010 HEARING <br> DATE AND TAKING MATTER <br> UNDER SUBMISSION |

   Plaintiff's motion for summary judgment has been set for hearing in this case on February 8, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Should the court determine at a later time that oral argument would be helpful, the court will notify the parties. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 8, 2010, is VACATED, and the parties shall not appear at that time. As of February 8, 2010, the court will take the matter under submission, and will thereafter issue its decision.


IT IS SO ORDERED.

Dated:    February 4, 2010              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE