# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASH RAJ FILMS (USA), INC., ) <br> Plaintiff, ) <br> v. ) <br> DALJIT SINGH SIDHU, Individually ) <br> and d/b/a DISCOUNT MART, and ) <br> DOES 1 - 25. ) <br> Defendants. ) | CIV F 09 – 00233 AWI GSA <br><br> ORDER VACATING <br> PRETRIAL HEARING DATE <br> OF FEBRUARY 17, 2010 |

In this action for copyright infringement, a pretrial conference has been set for Wednesday, February 17, 2010. Plaintiff's motion for summary judgment is currently before the court and, because of the press of business, will not likely be decided in less than three weeks. The court will vacate the pretrial conference and will reschedule same, if necessary, following the court's decision on Plaintiff's motion for summary judgment.

THEREFORE, it is hereby ORDERED that the pretrial conference scheduled for Wednesday, February 17, 2010, is hereby VACATED and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   February 16, 2010           /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE