IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASH RAJ FILMS (USA), INC.,      )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>    v.                            )<br>                                  )<br>DALJIT SINGH SIDHU, Individually  )<br>and d/b/a DISCOUNT MART, and     )<br>DOES 1 - 25.                      )<br>                                  )<br>        Defendants.               )<br>_____   ) | CIV F 09 – 00233 AWI GSA<br><br>ORDER TO SHOW CAUSE<br>WHY JUDGMENT SHOULD<br>NOT BE ENTERED AND CASE<br>CLOSED |

   On March 19, 2010, the court issued a memorandum opinion and order granting Plaintiff's motion for summary judgment as to claims alleged for infringement under the Copyright Act and under the Lanham Act.  The court issued permanent injunctive orders to prevent further infringement by Defendant and granted statutory damages and attorneys' fees and costs.  The court has reviewed its docket report for this case and is of the opinion that no further issues remain to be litigated with respect to Plaintiff's complaint.  However, in an abundance of caution, the court will grant an opportunity for the parties to be heard on the issue of whether judgment should now be entered and the case closed.

   THEREFORE, it is hereby ordered that any party opposing the entry of judgement and closing of the case shall file and serve their opposition and reasons therefore not later than seven

(7) days from the date of service of this order to show cause. If no response is received from either party, judgment will be entered and the case closed not later than April 2, 2010.

IT IS SO ORDERED.

**Dated:    March 23, 2010**                                  **/s/ Anthony W. Ishii**
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

2