1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YASH RAJ FILMS (USA), INC.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DALJIT SINGH SIDHU, Individually**<br>**and d/b/a DISCOUNT MART, and**<br>**DOES 1 - 25.**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIV F 09 – 00233 AWI GSA**<br><br>**AMENDED ORDER**<br>**DIRECTING ENTRY OF**<br>**JUDGMENT AND CLOSING**<br>**CASE** |

On March 18, 2010, this court issued an order granting Plaintiff's motion for summary judgment on Plaintiff's first and fourth claims for relief as stated in Plaintiff's complaint and awarding Plaintiff statutory damages in the amount of $80,000.00 for Defendant's wilful infringement of Plaintiff's copyrights.  The court further ordered that Defendant pay Plaintiff's attorneys fees and costs in the amount of $32,595.86.  The court further ordered that Defendant be permanently enjoined from infringing on Plaintiff's respective copyrights and trademarks in any manner.

Thereafter, on March 24, 2010, the court issued an order to show cause why judgment should not be entered as to Plaintiff's claims for infringement under the Copyright Act and under the Lanham Act and the case closed.  Response was due not later than April 2, 2010.  In this regard, it is and remains the court's understanding that Plaintiff's second and third claims for

relief for contributory and vicarious copyright infringement, respectively, are incorporated into Plaintiff's first claim for relief and that judgment as to Plaintiff's first claim for relief renders Plaintiff's second and third claims for relief moot.  It is therefore the court's understanding that the entry of judgment in favor of Plaintiff as to Plaintiff's first and fourth claims for relief settles all claims alleged in this action.  With that understanding, and there being no response by either party to the court's order to show cause, the court will proceed to order the entry of judgment and closure of the case.


        THEREFORE, it is hereby ORDERED that the Clerk of the Court shall ENTER JUDGMENT in the amounts set forth above in favor of Plaintiff as to Plaintiff's first and fourth claims for relief.  Plaintiff's second and third claims for relief are hereby DISMISSED as moot. The Clerk of the Court shall CLOSE THE CASE.  All pending dates related to this case are hereby VACATED.


IT IS SO ORDERED.

**Dated:   April 15, 2010**          _____/s/ Anthony W. Ishii_____
                                      CHIEF UNITED STATES DISTRICT JUDGE