**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YASH RAJ FILMS (USA) INC. | AMENDED JUDGMENT |
| Plaintiff, | CIV F 09-00233 AWI GSA |
| v. | |
| DALJIT SINGH SIDHU, Individually and d/b/a INDIA CURRENCY EXCHANGE and d/b/a DISCOUNT MART, and JOHN DOES 1-25, | |
| Defendants. | |

------------------------------------------------------------/

An Amended Order of the Honorable Anthony W. Ishi, United States District Judge, having been filed on April 16, 2010, directing that judgment should be entered as to Plaintiff's claim for infringement under the Copyright Act and the Lanham Act and directing the Clerk of Court to enter judgment awarding plaintiff $80,000.00 in statutory damages and $32,595.86 in attorney's fees and costs; and ordering that Defendant be permanently enjoined from infringing upon any of Plaintiff's respective copyrights and trademarks in any manner; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Yash Raj Films (USA) Inc., and against defendant, Daljit Singh Sidhu, awarding plaintiff $80,000.00 in statutory damages and $32,595.86 in attorney's fees and costs; and that it is further,

ORDERED and ADJUDGED that Defendant is permanently enjoined from infringing upon any on Plaintiff's respective copyrights and trademarks in any manner.

**Dated:  April 16, 2010**          VICTORIA C. MINOR
                                    Clerk of Court

                                    By:  /s/ S. Robles
                                         Deputy Clerk